# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br>Glenda Lavon Conner,<br><br>     *Debtor(s)*. | Case No:    22-70451<br>Chapter:     13 |

## APPLICATION FOR APPROVAL OF ATTORNEY FEES AND EXPENSES

**COMES NOW** Anthony B. Bush, Special Counsel and Of Counsel with Brock & Stout, LLC, whose employment was approved by this Honorable Court pursuant to 11 U.S.C. § 327 and Rule 2014, Fed. R. Bankr. P., in the above-styled case, and respectfully moves this Honorable Court to approve the attorney's fees and expenses incurred in conjunction with the representation and subsequent proposed settlement of the subject claims against Select Portfolio Servicing, Inc. ("Creditor"), based upon the following:

1. On May 5, 2022, Debtor filed a *Voluntary Petition* under Chapter 13, Title 11, of the United States Code, which initiated the instant case.

2. On or around August 4, 2022, Debtor initiated adversarial proceeding against Creditor and alleged therein violations of one or more of the provisions of to 11 U.S.C. § 362(a), contempt pursuant to 11 U.S.C. § 105(a), and various violations of the Fair Debt Collection Practices Act ("FDCPA") pursuant to 15 U.S.C. § 1692, *et seq.* ("the Action"; AP No. 22-70009).

3. Pursuant to an *Order* of this Honorable Court dated August 19, 2022 (doc. 33), the undersigned counsel was and remains employed on behalf of Debtor in the Proceeding. Debtor employed the undersigned counsel pursuant to the terms set forth within the *Application for Employment of Professional Person for a Specific Purpose* and accompanying *Affidavit* which are of record in this case (doc. 32). The legal services

1

rendered by the undersigned counsel were appropriate and necessary in the prosecution of Debtor's claims against Creditor.

4. As stated within the *Motion to Approve Compromise and Settlement* (filed simultaneously herewith), the Parties' agreement includes Creditor's cash lump sum payment to Debtor in the amount of $17,500.00, Creditor's vacatur of that certain post-petition foreclosure deed (and reinstatement of title to Debtor, to Debtor's deceased father, or to the immediate prepetition status quo) and Creditor's consent to Debtor's post-petition modification of her plan to accommodate any post-petition arrears, in exchange for a dismissal, *with prejudice*, of Debtor's claims against Creditor. Accordingly, pursuant to the agreement with Debtor, the undersigned counsel is entitled to and requests a fee of 50% of the gross recovery or of the total recovered proceeds plus expenses.

5. The following expenses were incurred in the prosecution of the Action (copying and mailing of filed documents to creditors not otherwise receiving electronic notice):

   A. 10 consolidated document copies x 13 pages x .15 per copy    $19.50

   B. 10 envelopes x .25 per envelope    $2.50

   C. 10 stamps x .57 per stamp    $5.70

   D. Total    $27.70

**WHEREFORE,** affiant, Anthony B. Bush as Special Counsel with Brock and Stout, LLC, respectfully moves this Honorable Court to enter an *Order* awarding the sum of $8,750.00 in fees and $27.70 in expenses for a total of $8,777.70 for the services rendered in the Action.

**RESPECTFULLY SUBMITTED** on November 16, 2022.

/s/ Anthony B. Bush
Anthony Brian Bush

**OF COUNSEL TO BROCK & STOUT, LLC:**
Anthony B. Bush
Of Counsel with Brock and Stout, LLC and Special Counsel
Parliament Place Professional Center
3198 Parliament Circle 302
Montgomery, Alabama 36116
Phone:         (334) 263-7733
Facsimile:     (334) 832-4390
Email: anthonybbush@yahoo.com
         abush@bushlegalfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that, on this the 16th day of November 2022, I mailed a true and accurate copy of the foregoing document as follows:

By CM/ECF:

C. David Cottingham, Trustee at sdcottingham@ch13tuscaloosa.com;

Michael D. Brock, Brock & Stout, LLC, Bankruptcy Counsel at bankruptcy@brockandstoutlaw.com;

Amanda Beckett, Counsel for Select Portfolio Servicing, Inc.; and

All parties in the attached current creditor matrix receiving electronic notice by CMECF.

By fax or email:

Rachel L. Webber, Bankruptcy Administrator's Office, Rachel_Webber@alnba.uscourts.gov;

By first class mail, postage prepaid and properly addressed:

All parties on the attached current creditor matrix by U. S. Mail not otherwise receiving electronic notice by CMECF.

/s/ Anthony B. Bush
Of Counsel

3