# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Glenda Lavon Conner } | **Case No: 22-70451-JHH13** |
| SSN: XXX-XX-2618 } | |
| DEBTOR(S). } | |
| } | |
| } | |

**ORDER**

This matter came before the Court on Thursday, January 12, 2023 01:00 PM, for a hearing on the following:

    1) RE: Doc #45; Debtor's Motion to Approve Compromise and/or Settlement
    2) RE: Doc #46; Application for Compensation in the Amount of $8,750.00 and Expenses in the Amount of $27.70 Filed by Anthony B. Bush, Special Counsel
    3) RE: Doc #49; Debtor's Amended Motion to Approve Compromise and/or Settlement
    4) RE: Doc #54; Debtor's Amended Motion to Approve Compromise and/or Settlement

Proper notice of the hearing was given and appearances were made by the following:
    Anthony B. Bush, Special Counsel (telephonic appearance)
    Pennie Cox, attorney for Glenda Lavon Conner (Debtor) (telephonic appearance)
    Josh Johnson, Staff Attorney for Trustee
    Rachel L. Webber, Bankruptcy Administrator

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings, evidence, and all other matters before the court, and for the reasons stated on the record of the hearing:

(A) The application for compensation (Doc. 46) filed by Anthony B. Bush of Brock & Stout, LLC (the "Applicant") is APPROVED, and the Applicant is awarded fees in the amount of $7,752.50 and expenses in the amount of $27.70, for a total award of $7,780.20 (the "Fee Award").

(B) The debtor(s)' amended motion to approve compromise (Docs. 45, 49, and 54) (the "Motion") is GRANTED, and the debtor(s) are authorized to consummate the settlement described in the Motion.

(C) The settlement proceeds, in the total amount of $17,500.00 (the "Proceeds"), shall be disbursed as follows: (1) $7,780.20 to the Applicant in payment of the Fee Award; (2) $5,765.00 to the debtor(s); and (3) the balance of the Proceeds, in the amount of $3,954.80 (the "Net Proceeds"), to the chapter 13 trustee to hold pending further order of the court.

(D) A separate negative notice order will be entered providing for the plan modifications and the Net Proceeds distribution.

(E) Upon satisfaction of the settlement terms, the parties shall file a joint stipulation of dismissal, dismissing the related adversary proceeding.

Dated: 01/13/2023

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge