IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:

GLENDA LAVON CONNER, | CASE NO: 22-70451-JHH
|
|
DEBTOR. | CHAPTER 13

> **BANKRUPTCY RULE 3015(h) NOTICE OF OPPORTUNITY TO OBJECT**
>
> **This agreed order modifies the terms of the debtor(s)' confirmed chapter 13 plan (collectively, the "Plan Modification(s)," and each a "Plan Modification").** If you object to any Plan Modification set forth herein, you must file an objection with the clerk of court by **April 3, 2023** (the "Objection Deadline"), and you must serve the objection on all appropriate persons. **The chapter 13 trustee does not oppose the Plan Modification(s).** Objections must be filed with the clerk of court electronically, by hand delivery, or by mail. The clerk's office is located at 2005 University Boulevard, Room 2300, Tuscaloosa, Alabama 35401. If you mail your objection to the clerk's office, you must send the objection in time for the clerk's office to **receive** your objection by the Objection Deadline. **The court will not consider untimely objections.** If you timely file and serve an objection to a Plan Modification, the court will hold a hearing to consider the Plan Modification and your objection, and the clerk's office will notify you, and all other appropriate persons, of the time, date, and place of the hearing. If there are no timely objections to the Plan Modifications(s), then the Plan Modification(s) shall take effect on April 4, 2023, without further notice or hearing. Only the Plan Modification(s) contained in this order are subject to objection; all other provisions of the order are effective immediately. If the court (after notice and a hearing) disapproves any of the Plan Modification(s), the filer of the below-described motion (the "Motion") and the debtor(s) each shall have **14 days** from the date of the order disapproving the Plan Modification to file a request for reconsideration of the terms of this order. If such a request is timely filed, the court shall promptly schedule a hearing to consider the Motion *de novo*.

**CONSENT AGREEMENT ON DISTRIBUTION OF FUNDS**

This matter came before the Court on the Motion to Approve Compromise (Doc. 54) filed by the Anthony Bush on behalf of the Debtor. Based on agreement between the Debtor and the Chapter 13 Trustee C. David Cottingham (together with the Debtor, the "Parties"), the Court ORDERS as follows:

1. To the extent not allowed by the Court's January 13, 2023 order (Doc. 56) granting Debtor's second amended motion to approve compromise and settlement (Doc. 54), claim four filed by US Bank Trust National Association (the "Creditor") is allowed as a

secured claim in the amount of $3,692.65, as filed.

2. The Parties agree that the balance of the funds remaining from the Settlement received by the Chapter 13 Trustee is $3,954.80 (the "Remaining Funds").

3. The Trustee is authorized to disburse the Remaining Funds as follows: (1) $359.53 in payment of the percentage fee due the Trustee, (2) $64.11 to holders of nonpriority unsecured claims not separately classified by the plan (the "Distribution to Unsecured Creditors"), (3) $282.64 to pay the balance of priority portion of claim one, and (4) $3,248.52 towards the balance of claim four.

4. As a result of the Distribution to Unsecured Creditors, the Debtor's plan is modified to increase the distribution to nonpriority unsecured creditors from 0% to 100%, and the plan payment is increased to $246.00 monthly.

**DONE** this the 9th day of March, 2023.

/s/ JENNIFER H. HENDERSON
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED FOR ENTRY BY:

/s/ Chadwick A. Cotant
Chadwick A. Cotant {COT022}
Attorney for Debtor
Post Office Drawer 311167
Enterprise, AL 36331-1167
334-393-4357
334-393-0026 FAX
bankruptcy@brockandstoutlaw.com
Bar ID: 5508K63D

Consented to by:

/s/C. David Cottingham
C. David Cottingham
Chapter 13 Trustee